IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>WOCKHARDT USA, INC., and<br>WOCKHARDT LIMITED,<br><br>        Defendants. | CIVIL ACTION NO. |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Orion Corporation submits the following in accordance with Federal Rule of Civil Procedure 7.1: Orion Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 13, 2007

/s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Of counsel:
Charles E. Lipsey
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP.
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190-5675
(571) 203-2700

Susan Haberman Griffen
Bryan C. Diner
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Plaintiff
ORION CORPORATION