# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) CIVIL ACTION NO. 07-550 (GMS) |
|     v. | ) |
| | ) |
| WOCKHARDT USA, INC. | ) |
| and WOCKHARDT LIMITED, | ) |
| | ) |
|     Defendants/Counterclaim Plaintiffs. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Susan H. Griffen and M. Andrew Holtman of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiff Orion Corporation in this matter.

Dated: December 31, 2007

                              /s/ Richard K. Herrmann
                              Richard K. Herrmann #405
                              Mary B. Matterer #2696
                              MORRIS JAMES LLP
                              500 Delaware Avenue, Suite 1500
                              Wilmington, DE 19801
                              (302) 888-6800
                              rherrmann@morrisjames.com

                              Attorneys for Plaintiff ORION CORPORATION

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____

                                                                                 Gregory M. Sleet, Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: November 29, 2007

Signed: _____
Susan H. Griffen, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: November 29, 2007        Signed: _____
                                       M. Andrew Holtman, Ph.D., Esq.
                                       Finnegan, Henderson, Farabow,
                                       Garrett & Dunner, LLP
                                       901 New York Avenue, NW
                                       Washington, DC 20001-4413
                                       (202) 408-4000