IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, | ) |
|       Plaintiff/Counterclaim Defendant, | ) ) ) CIVIL ACTION NO. 07-550 (GMS) |
| v. | ) ) |
| WOCKHARDT USA, INC.<br>and WOCKHARDT LIMITED, | ) ) ) |
|       Defendants/Counterclaim Plaintiffs. | ) ) ) |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Charles E. Lipsey and Bryan C. Diner of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiff Orion Corporation in this matter.

Dated: December 31, 2007

          /s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff ORION CORPORATION

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____          _____
                                                            Gregory M. Sleet, Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: December 20, 2007        Signed: _____
                                Charles E. Lipsey, Esq.
                                Finnegan, Henderson, Farabow,
                                    Garrett & Dunner, LLP
                                Two Freedom Square
                                11955 Freedom Drive
                                Reston, VA  20190-5675
                                (571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: December 19, 2007

Signed: _____
Bryan C. Diner, Esq.
Finnegan, Henderson, Farabow,
   Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000