IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Orion Corporation, | : |
|             Plaintiff, | : |
| v. | :   Civ. No. 07-550-GMS-LPS |
| Wockhardt USA Inc., and Wockhardt Limited, | : |
|             Defendants. | : |

### ORDER

At Wilmington this 5th day of **May, 2008**:

**IT IS ORDERED** that the Rule 16 scheduling teleconference set for May 19th, 2008 at 1:00 pm with Magistrate Judge Stark is hereby **CANCELED**.

IT IS FURTHER ORDERED that the Rule 16 scheduling teleconference is rescheduled for May 19th, 2008 at 11:00 am. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.** The parties shall follow the instructions regarding proposed dates contained in the Order issued on April 25th, 2008.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                                                                     /s/
                                                         UNITED STATES MAGISTRATE JUDGE