IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-550-GMS-LPS |
| WOCKHARDT USA INC., ET AL., | : |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **May, 2008**.

The Court having held a teleconference with counsel on May 19th, 2008,

IT IS ORDERED that the parties shall, <u>no later than May 30, 2008</u>, submit a revised proposed scheduling order taking into account and incorporating each of the following:

1. Claim construction will be handled by Chief Judge Sleet in accordance with the procedures set forth in paragraph 4 of Judge Sleet's form scheduling order for patent cases, available on the Court's website. The parties shall incorporate such language in their revised proposed scheduling order.

2. This case will be scheduled for a bench trial before Chief Judge Sleet. The parties are to indicate in their revised proposed scheduling order their position(s) as to the anticipated length and requested date(s) of the trial.

3. Motions for summary judgment will not be permitted.

4. Counsel shall incorporate the following dates into the revised proposed scheduling order:

| EVENT | DATE |
|---|---|
| Deadline for joining parties | August 15, 2008 |
| Tutorial on technology at issue | October 8, 2008 |
| Exchange of claim terms and preliminary claim constructions | November 3, 2008 |
| Submission of joint claim construction chart | December 15, 2008 |
| Submission of interim status report | January 5, 2009 |
| Status teleconference with Judge Stark | January 12, 2009 at 10:00 a.m. |
| Close of fact discovery | February 13, 2009 |
| Initial expert submissions | April 17, 2009 |
| Responsive expert submissions | May 15, 2009 |
| Reply expert submissions | June 5, 2009 |
| Close of expert discovery | July 17, 2009 |

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE