IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>WOCKHARDT USA, INC. and WOCKHARDT LIMITED,<br><br>    Defendants/Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)  C. A. No. 07-550 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 16, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

WOCKHARDT'S INITIAL DISCLOSURES PURSUANT TO RULE 26,
FED. R. CIV. P.

### BY HAND DELIVERY AND E-MAIL

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**BY E-MAIL**

| | |
|---|---|
| Charles E. Lipsey, Esq.<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Charles.lipsey@finnegan.com | Susan Haberman Griffen, Esq.<br>Bryan C. Diner, Esq.<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Susan.griffen@finnegan.com<br>Bryan.diner@finnegan.com |

OF COUNSEL:

Andrew M. Berdon
Robert B. Wilson
Anastasia M. Fernands
James E. Baker
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

Dated:  June 16, 2008
869469

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendants,*
*WOCKHARDT LIMITED and*
*WOCKHARDT USA, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 16, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY HAND DELIVERY AND E-MAIL

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

I hereby certify that on June 16, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

Charles E. Lipsey, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Charles.lipsey@finnegan.com

Susan Haberman Griffen, Esq.
Bryan C. Diner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001
Susan.griffen@finnegan.com
Bryan.diner@finnegan.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com