IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, )<br>)<br>      Plaintiff/Counterclaim )<br>      Defendant, )<br>)<br>      v. )<br>)<br>WOCKHARDT USA, INC. and )<br>WOCKHARDT LIMITED, )<br>)<br>      Defendants/Counterclaim )<br>      Plaintiffs. ) | C. A. No. 07-550 (GMS) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 18, 2008, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANTS WOCKHARDT USA, INC. AND WOCKHARDT LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF ORION CORP.

### BY HAND DELIVERY AND E-MAIL

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

**BY E-MAIL**

| | |
|---|---|
| Charles E. Lipsey, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Charles.lipsey@finnegan.com | Susan Haberman Griffen, Esq.<br>Bryan C. Diner, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Susan.griffen@finnegan.com<br>Bryan.diner@finnegan.com |

OF COUNSEL:

Andrew M. Berdon
Robert B. Wilson
Anastasia M. Fernands
James E. Baker
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

Dated: June 19, 2008
870407

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendants,*
*WOCKHARDT LIMITED and*
*WOCKHARDT USA, INC.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on June 19, 2008, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY HAND DELIVERY AND E-MAIL**

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
rherrmann@morrisjames.com
mmatterer@morrisjames.com

I hereby certify that on June 19, 2008 I have sent by E-mail the foregoing document to the following non-registered participants:

| | |
|---|---|
| Charles E. Lipsey, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>Charles.lipsey@finnegan.com | Susan Haberman Griffen, Esq.<br>Bryan C. Diner, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Susan.griffen@finnegan.com<br>Bryan.diner@finnegan.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com