# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, | ) |
|       Plaintiff/Counterclaim Defendant, | ) |
|       v. | ) C.A. No. 07-550 GMS LPS |
| WOCKHARDT USA, INC. and WOCKHARDT LIMITED, | ) |
|       Defendants/Counterclaim Plaintiffs. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Bart A. Gerstenblith of the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP to represent Plaintiff Orion Corporation in this matter.

Dated: July 2, 2008

            /s/ Richard K. Herrmann
Richard K. Herrmann #405
Mary B. Matterer #2696
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Plaintiff ORION CORPORATION

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____       _____
                                                       Gregory M. Sleet, Chief Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Maryland and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Date: July ____, 2008

Signed: /s/ Bart A. Gerstenblith, Esq.
Bart A. Gerstenblith, Esq.
Finnegan, Henderson, Farabow,
    Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000