# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ORION CORPORATION, ) <br> ) <br>    Plaintiff/ Counterclaim Defendant, ) <br> ) <br>    v. ) <br> ) <br> WOCKHARDT USA, INC. and ) <br> WOCKHARDT LIMITED, ) <br> ) <br>    Defendants/ Counterclaim Plaintiffs. ) <br> ) <br> ) | C. A. NO. 07-550-GMS-LPS |

## NOTICE OF SERVICE

The undersigned hereby certifies that **Orion Corporation's Responses to Wockhardt's First Set of Requests for Production of Documents and Things (Nos. 1-63)** was served upon the attorneys listed below as indicated on the 18th day of July 2008:

**VIA E-MAIL AND HAND DELIVERY**

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street
Wilmington, DE 19801

**VIA E-MAIL AND FEDERAL EXPRESS**

Andrew M. Berdon
Robert B. Wilson
Anastasia M. Fernands
James E. Baker
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
212.849.7000
andrewberdon@quinnemanuel.com
robertwilson@quinnemanuel.com
anastasiafernands@quinnemanuel.com
jamesbaker@quinnemanuel.com

|  |  |
|---|---|
| Dated: July 18, 2008 |   /s/ Richard K. Herrmann<br>Richard K. Herrmann #405<br>Mary B. Matterer #2696<br>Amy A. Quinlan #3021<br>**Morris James LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>302.888.6800<br>rherrmann@morrisjames.com |
| Of counsel:<br>Charles E. Lipsey<br>**Finnegan, Henderson, Farabow,**<br>   **Garrett & Dunner, L.L.P.**<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, Virginia  20190-5675<br>(571) 203-2700<br><br>Susan Haberman Griffen<br>Bryan C. Diner<br>**Finnegan, Henderson, Farabow**<br>   **Garrett & Dunner, L.L.P.**<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000 | <br><br>Attorneys for Plaintiff/Counterclaim Defendant<br>ORION CORPORATION |